**DISMISS; and Opinion Filed April 2, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00009-CV

### OREA DAVIS JR., Appellant
### V.
### KROGER TEXAS LP, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02897**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Justice Brown

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated January 2, 2014 we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated January 2, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated January 7, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that he had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of

this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Ada Brown/
ADA BROWN
JUSTICE

140009F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

OREA DAVIS JR., Appellant

No. 05-14-00009-CV          V.

KROGER TEXAS LP, Appellee

On Appeal from the 160th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-02897.
Opinion delivered by Justice Brown.  Chief Justice Wright and  Justice Lang-Miers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
It is **ORDERED** that appellee KROGER TEXAS LP recover its costs of this appeal from appellant OREA DAVIS JR.

Judgment entered this 2nd day of April, 2014.

/Ada Brown/
ADA BROWN
JUSTICE